IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

  -vs-

MOZELL CHANEY,

    Defendant.            NO.   12-CR-30307-DRH

## ORDER OF REFERENCE

**HERNDON, Chief Judge**

    **IT IS HEREBY ORDERED** that the above-captioned matter is hereby referred to United States Magistrate Judge Donald G. Wilkerson to conduct all pretrial proceedings, and further **ORDERED** that upon entry of a Consent to Proceed Before United States Magistrate Judge in a Misdemeanor Case, and in accordance with **18 U.S.C. §3401** and **Local Rule 72.1 (c)**, this matter shall be referred to United States Magistrate Judge Donald G. Wilkerson for final disposition.

**IT IS SO ORDERED.**

**DATED:** November 27, 2012

Digitally signed by David R. Herndon
Date: 2012.11.27 16:13:35 -06'00'

CHIEF JUDGE
U.S. DISTRICT COURT